# JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VICKI WILLIAMS, an individual | Case No. 13CV-00121-JGB (DTB) |
| Plaintiff, | **ORDER DISMISSING ACTION WITH PREJUDICE BASED ON STIPULATION RE VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |
| vs. | |
| ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPNAY and DOES 1 through 100, inclusive, | |
| Defendants. | Complaint Filed: January 18, 2013 |

## ORDER

IT IS HEREBY ORDERED that the above-captioned action is dismissed, with prejudice, pursuant to the stipulation of the parties, with each party bearing his or its own attorneys' fees and costs and waiving all rights of appeal.

DATED: November 19, 2013

_____
Hon. Jesus G. Bernal
United States District Court Judge